**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01630-LTB-KLM

JOSIAH BRANDT and
JAMES M. DOUGLAS f/k/a James Purcell,

        Plaintiffs,

v.

TekSYSTEMS, INC., a Maryland corporation,

        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal (Doc 2 - filed October 16, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                           BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:   October 17, 2007